Certificate Number: 03088-PAE-DE-035323513

Bankruptcy Case Number: 20-14805



03088-PAE-DE-035323513

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 1, 2021, at 12:32 o'clock PM CST, Patricia Y Southerland completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 1, 2021                    By:    /s/Susan D Gann

                                            Name:  Susan D Gann

                                            Title: Counselor