# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Patricia Y. Southerland | : | |
| | : | Case No.: 20-14805-MDC |
| Debtor(s) | : | |

## PRAECIPE TO WITHDRAW

Kindly withdraw the Motion to Approve Personal Injury Settlement and Notice of Motion filed at Docket Entries #19 & #20.

DATED: 4/27/2021         BY:  */s/ Brad J. Sadek*

Brad J. Sadek, Esq.
Sadek and Cooper Law Offices
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008
Attorney for Debtors