UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|  | : | |
| Patricia Y. Southerland | : | Case No.: 20-14805-MDC |
|  | : | |
| Debtor | : | Chapter 13 |

### ORDER GRANTING DEBTOR'S MOTION TO APPROVE PERSONAL INJURY SETTLEMENT

AND NOW, this  2nd   day of                            June              2021 upon consideration of the Motion to Approve Personal Injury Settlement, it is hereby ORDERED and DECREED that Elizabeth A. Savitt, Esq. may settle Debtor's personal injury case in accordance with said Motion and Distribution Sheet, and lastly the Debtor may receive her Exempted damage award;

*Magdeline D. Coleman*
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge