United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Patricia Y. Southerland  
  Debtor

Case No. 20-14805-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2  
Date Rcvd: Apr 11, 2022  Form ID: pdf900  Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Y. Southerland, 347 E Claremont Road, Philadelphia, PA 19120-1015 |
| 14570765 | + | Debt Recovery Solution, 6800 Jericho Turnpike, Syosset, NY 11791-4401 |
| 14570766 | + | EOS CCA, Attn: Bankruptcy Dept, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 14570768 | + | Global 1 Federal Credit Union, 7512 Maple Avenue, Pennsauken, NJ 08109-3327 |
| 14570770 | + | Media Members Federal, 800 River Rd, Conshohocken, PA 19428-2632 |
| 14575022 | + | PNC BANK, NATIONAL ASSOCIATION, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14570771 | + | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14570772 | + | Philadelphia Gas Works, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 14570774 | + | Trident Asset Management, Attn: Bankruptcy, PO Box 888424, Atlanta, GA 30356-0424 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 11 2022 23:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 11 2022 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 11 2022 23:47:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14570763 | + | Email/Text: bankruptcy@rentacenter.com | Apr 11 2022 23:47:00 | Acceptance Now, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14585342 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2022 23:49:31 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14586200 | | Email/Text: megan.harper@phila.gov | Apr 11 2022 23:47:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14570764 | | Email/Text: megan.harper@phila.gov | Apr 11 2022 23:47:00 | City of Philadelphia, Tax Unit, Law Department, 1401 John. F Kennedy BLVD., 5th Floor, Philadelphia, PA 19102 |
| 14572057 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 11 2022 23:49:26 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14570767 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 11 2022 23:49:29 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14570768 | + | Email/Text: courts@firstharvestcu.com | Apr 12 2022 10:08:00 | Global 1 Federal Credit Union, 7512 Maple Avenue, Pennsauken, NJ 08109-3327 |
| 14570769 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 11, 2022 | Form ID: pdf900 | Total Noticed: 23 |

| | | Apr 11 2022 23:49:31 | HUD, 100 East Penn Square, Philadelphia, PA 19107-3324 |
|---|---|---|---|
| 14586509 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 11 2022 23:47:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14570773 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 11 2022 23:47:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 14587290 | + Email/Text: bankruptcy@purchasingpower.com | Apr 11 2022 23:47:00 | Purchasing Power, LLC, 2727 Paces Ferry Road SE, Bldg. 2, Suite 1200, Atlanta, GA 30339-6143 |
| 14571882 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 11 2022 23:49:31 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3380 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14570775 | *+ | Trident Asset Management, Attn: Bankruptcy, PO Box 888424, Atlanta, GA 30356-0424 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 13, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Patricia Y. Southerland brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 13 |
| PATRICIA Y. SOUTHERLAND | |
| Debtor | Bankruptcy No. 20-14805-MDC |

# ORDER

   AND NOW, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

   **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

April 8, 2022

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-


Debtor:
PATRICIA Y. SOUTHERLAND

347 E CLAREMONT ROAD

PHILADELPHIA, PA 19120